

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-86,457-01

### EX PARTE ZACHARY DANIEL GAGE, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. W14-70776-T (B) IN THE 283RD DISTRICT COURT
### FROM DALLAS COUNTY

*Per curiam.*

## O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of the offense of injury to child/elderly with serious bodily injury and sentenced to imprisonment for fifteen years.

According to the habeas record, Applicant previously filed a habeas application in the trial court. The trial court entered an order designating issues, and the previous application remains pending in the trial court. Applicant then filed this additional habeas application. The district clerk forwarded it to this Court. As the State requests, this additional habeas application should be remanded to the trial court to consider along with the pending habeas application.

This application will be held in abeyance until the trial court has resolved the fact issues. The issues shall be resolved within 90 days of this order. A supplemental transcript containing all affidavits and interrogatories or the transcription of the court reporter's notes from any hearing or deposition, along with the trial court's supplemental findings of fact and conclusions of law, shall be forwarded to this Court within 120 days of the date of this order. Any extensions of time must be requested by the trial court and shall be obtained from this Court.

Filed: March 22, 2017
Do not publish